## CERTIFICATION AND AUTHORIZATION

I, Sandra Watley, on behalf of the City of Inkster Policemen and Firemen Retirement System ("Inkster P&F"), hereby certify, as to the claims asserted under the federal securities laws, that:

1. I have reviewed a complaint prepared against The Scotts Miracle-Gro Company ("Scotts") alleging violations of the federal securities laws and authorized its filing. I am authorized in my capacity as Chairperson of the Board of Trustees of Inkster P&F to initiate litigation and to execute this Certification on behalf of Inkster P&F.

2. Inkster P&F did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

3. Inkster P&F is willing to serve as a representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary.

4. Inkster P&F's transactions in Scotts common stock during the Class Period are set forth in the attached Schedule A.

5. Inkster P&F has sought to serve and was appointed as lead plaintiff and/or representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification: *None*.

6. Inkster P&F has sought to serve as a lead plaintiff or representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification, but either withdrew its motion for lead plaintiff appointment, was not appointed lead plaintiff, or the lead plaintiff decision is still pending: *None*.

7. Inkster P&F will not accept any payment for serving as a representative party on behalf of the Class beyond Inkster P&F's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

1

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 25th day of July, 2024.

*City of Inkster Policemen and Firemen*
*Retirement System*

Sandra Watley, Chair Person

2

| SCHEDULE A |
| --- |
| City of Inkster Policemen and Firemen Retirement System |
| Transactions in The Scotts Miracle-Gro Company |

| Common Stock Purchases | | |
| --- | --- | --- |
| Date | Shares | Price |
| 12/07/21 | 161 | $149.8638 |
| 12/08/21 | 98 | $151.8646 |
| 12/20/21 | 68 | $150.1646 |
| 01/24/22 | 55 | $145.7756 |
| 02/03/22 | 80 | $138.3650 |
| 03/16/22 | 21 | $121.7300 |
| 03/16/22 | 27 | $118.9550 |

| Common Stock Sales | | |
| --- | --- | --- |
| Date | Shares | Price |
| 01/19/22 | 20 | $162.8200 |
| 05/13/22 | 165 | $98.6861 |
| 06/23/22 | 325 | $77.6479 |

3